USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA            :

                                  :

             -against-              :            21-CR-510 (VEC)

                                  :

                                  :            <u>ORDER</u>

JOSEPH RIVERA,                      :

                     Defendant.     :

                                  :

----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 29, 2021, the parties requested that the Court schedule a change-of-plea hearing;

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Friday, December 10, 2021 at 3:30 P.M.**  The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  November 3, 2021**
       **New York, NY**

                                       **VALERIE CAPRONI**
                                       **United States District Judge**