USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- :  21-CR-510 (VEC)
:
: ORDER
:
JOSEPH RIVERA, :
                        Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 10, 2021, the parties appeared for a change-of-plea hearing; and

      WHEREAS Mr. Rivera entered a plea of guilty, which was accepted by the Court;

      IT IS HEREBY ORDERED that Mr. Rivera's sentencing is scheduled for **Wednesday, March 30, 2022, at 10:30 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that pre-sentencing submissions are due no later than **Wednesday, March 16, 2022**.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

                                                                              _____
**Date:  December 13, 2021**                                    **VALERIE CAPRONI**
       **New York, NY**                                                **United States District Judge**