```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                           21-CR-510 (VEC)

                                                  ORDER

    JOSEPH RIVERA,
                           Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Rivera's sentencing is scheduled for Wednesday, March 30, 2022, at 10:30 A.M., Dkt. 21; and

    WHEREAS on March 16, 2022, the parties filed their respective sentencing submissions, Dkts. 26, 27.

    IT IS HEREBY ORDERED that by no later than **Friday, March 25, 2022**, the Government must file a letter addressing the following topics:

1. Any information the Government has to support or to refute Mr. Rivera's contention that he was wrongfully written up for misconduct by a GEO employee who subsequently resigned from the RRC.

2. Any information the Government has regarding (a) Mr. Rivera's assertions that he has renounced his affiliation with the Bloods and the MacBallers and (b) any time Mr. Rivera has spent in the SHU as a result.

3. Any information about whether Mr. Rivera is vaccinated against COVID-19, and if so, when he received the vaccinations including any booster shots.

IT IS FURTHER ORDERED that if the Defense has any information about Mr. Rivera's vaccination status, Defense counsel is welcome to file a supplementary letter with that information by the **Friday, March 25, 2022** deadline.

**SO ORDERED.**

**Date:  March 20, 2022**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**