```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                       :
:
             -against-                                     :   21-CR-510 (VEC)
:
:       ORDER
JOSEPH RIVERA,                                                 :
                                 Defendant.       :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 6, 2023, Probation reported that Mr. Rivera violated the conditions of his release.

       IT IS HEREBY ORDERED that a status conference will be held on **Tuesday, October 24, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  October 10, 2023　　　　　　　　　　　　　　_____
         New York, NY　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
                                                                    **United States District Judge**