USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
-against-                                     :       21-CR-510 (VEC)
:
:                ORDER
:
JOSEPH RIVERA,                                                    :
Defendant.                      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for October 24, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that a status conference will be held on **Monday, October 23, 2023, at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  October 20, 2023                          _____
       New York, NY                                    **VALERIE CAPRONI**
                                                       **United States District Judge**