USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
           -against-                                :   21-CR-510 (VEC)
:
:   ORDER
JOSEPH RIVERA,                                :
                              Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference on October 23, 2023.

IT IS HEREBY ORDERED that the parties and Probation must submit a status update on Mr. Rivera's compliance with the conditions of his release by **December 15, 2023**.

IT IS FURTHER ORDERED that Mr. Fishbein and Ms. Di Chiara are re-appointed as CJA counsel *nunc pro tunc* to March 30, 2022.

**SO ORDERED.**

Date: October 23, 2023
New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**