USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
          -against- : 21-CR-510 (VEC)
 :
 : ORDER
 :
JOSEPH RIVERA, :
                                Defendant. :
 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 18, 2023, Probation indicated that Mr. Rivera violated his conditions of supervised release; and

      WHEREAS the Court issued a Summons in response to these alleged violations;

      IT IS HEREBY ORDERED that the parties must appear for a conference regarding Mr. Rivera's alleged violations of his conditions of supervised release on **Thursday, January 4, 2024 at 11:00 A.M.** The conference will be held in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: December 21, 2023
      New York, NY

                                                        **VALERIE CAPRONI**
                                                         **United States District Judge**