Case 1:21-cr-00510-VEC   Document 50   Filed 01/05/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA         :

                -against-           :      21-CR-510 (VEC)

                                        :      <u>ORDER</u>

    JOSEPH RIVERA,                         :

                         Defendant.     :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 18, 2023, Probation indicated that Mr. Rivera violated his conditions of supervised release;

      WHEREAS the parties are currently scheduled to appear for a hearing regarding Mr. Rivera's alleged violations of his conditions of supervised release on Monday, January 8, 2024, at 11:00 A.M., *see* Order, Dkt. 49; and

      WHEREAS on January 5, 2024, Mr. Rivera was admitted to a rehabilitation facility;

      IT IS HEREBY ORDERED that the status conference is ADJOURNED until **Tuesday, February 6, 2024, at 11:00 A.M.** Not later than **Friday, January 19, 2024**, Probation must file a status update, including any request for an order for inpatient drug treatment.

**SO ORDERED.**

Date: January 5, 2024
      New York, NY

                                                   **VALERIE CAPRONI**
                                                 **United States District Judge**