USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
              -against- : 21-CR-510 (VEC)
:
: ORDER
:
JOSEPH RIVERA, :
                            Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 18, 2023, Probation reported that Mr. Rivera violated his conditions of supervised release; and

      WHEREAS the parties are currently scheduled to appear for a hearing regarding Mr. Rivera's alleged violations of his conditions of supervised release on Tuesday, February 6, 2024, at 11:00 A.M., *see* Order, Dkt. 50;

      IT IS HEREBY ORDERED that the conference is ADJOURNED until **Tuesday, March 5, 2024, at 2:30 P.M.** Not later than **Thursday, February 29, 2024**, Probation must file a status update.

**SO ORDERED.**

Date: January 30, 2024
      New York, NY

                                                            **VALERIE CAPRONI**
                                                             **United States District Judge**