# HARVEY FISHBEIN
### ATTORNEY AT LAW

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2024

February 21, 2024

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

          Re:   <u>United States v. Joseph Rivera</u>
             21 Cr. 510 (VEC)

Dear Judge Caproni:

   I, along with Lauren Di Chiara, represent Joseph Rivera in the Violation of Supervised Release matter referenced above, which is presently scheduled for March 5, 2024 at 2:30 PM. However, due to a change in my schedule, I will not be available that day. I contacted Probation Officer Amber Wilton to discuss this and she informed me that Joseph Rivera is now in a residential treatment program in Ellenville, New York, and is doing well. She therefore suggested that if the Court agrees to change the date, the matter be adjourned 60 - 90 days so as not to interrupt his treatment. I have spoken with AUSA Andrew Jones and the Government has no objection to this request.

   Accordingly, I respectfully request that the March 5th conference be adjourned 60 - 90 days to a date convenient to all parties.

Respectfully Requested,

  /s/
Harvey Fishbein

cc:   USPO Amber Wilton (by email)

---

Application GRANTED. The conference in this matter is ADJOURNED to **Friday, May 17, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties and Probation must submit a status update by **May 10, 2024**. Defense counsel is reminded that Ms. Di Chiara has not been appointed to represent Mr. Rivera in this matter.

SO ORDERED.

*[signature]*   02/21/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE