```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                             :
:
            -against-                                :          21-CR-510 (VEC)
:
:                       ORDER
JOSEPH RIVERA,                                       :
                        Defendant.                   :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2024, Probation informed the Court that Mr. Rivera had been expelled from in-house drug treatment that had been set as a condition of his supervised release.

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Wednesday, March 13, 2024, at 2:15 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.


**SO ORDERED.**

**Date:  March 5, 2024**                                         _____
**      New York, NY**                                           **VALERIE CAPRONI**
                                                                 **United States District Judge**