UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
  UNITED STATES OF AMERICA                                      :
                                                                :
                          -against-                             :        21-CR-510 (VEC)
                                                                :
                                                                :        ORDER
                                                                :
  JOSEPH RIVERA,                                                :
                              Defendant.                        :
                                                                :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 14, 2026, the Court issued a summons in this action in connection with an alleged violation of supervised release.

IT IS HEREBY ORDERED that a conference will be held on **Friday, January 23, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties should jointly contact Chambers to confirm their availability on this date, or to propose an alternative mutually agreeable Friday on which they are available.

**SO ORDERED.**

Date:  **January 14, 2026**
         **New York, NY**
                                                    _____
                                                           **VALERIE CAPRONI**
                                                     **United States District Judge**