UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
    UNITED STATES OF AMERICA                                       :
                                                                   :
                        -against-                                  :          21-CR-510 (VEC)
                                                                   :
                                                                   :              ORDER
    JOSEPH RIVERA,                                                 :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for January 23, 2026, is

ADJOURNED to **Friday, February 6, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.


**SO ORDERED.**

**Date:  January 16, 2026**
**        New York, NY**                           _____
                                                        **VALERIE CAPRONI**
                                                   **United States District Judge**