UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA           :
                             :

         -against-         :      21-CR-510 (VEC)
                             :
                             :         ORDER

JOSEPH RIVERA,               :
                Defendant.    :
                             :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on February 6, 2026, the parties appeared before the Undersigned for a

conference; and

     WHEREAS at the conference, Mr. Rivera admitted to the specifications set forth in the

January 13, 2026, violation of supervised release report.

     IT IS HEREBY ORDERED that Mr. Rivera will be sentenced on **Friday, May 1, 2026,**

**at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York, 10007.


**SO ORDERED.**

Date:  **February 6, 2026**               _____
       **New York, NY**                  **VALERIE CAPRONI**
                                     **United States District Judge**