UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA        :

                        :

        -against-          :         21-CR-510 (VEC)

                        :

                        :         <u>ORDER</u>

JOSEPH RIVERA,              :

              Defendant.    :

                        :

---------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 1, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that Mr. Rivera's sentencing is ADJOURNED to **Friday, May 22, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  As discussed at the conference, the sole purpose of this adjournment is to allow time for Mr. Rivera to secure verifiable, on-the-books employment.  If Mr. Rivera is not verifiably employed at the time of sentencing, he should be prepared to surrender immediately to the custody of the Attorney General.

**SO ORDERED.**

**Date:  May 5, 2026**
      **New York, NY**
                                      **VALERIE CAPRONI**
                                  **United States District Judge**