UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA         :

             -against-         :        21-CR-510 (VEC)

                        :         ORDER

JOSEPH RIVERA,            :
               Defendant.   :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Rivera's sentencing is ADJOURNED to **Friday, June 26, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Probation must provide the Court with a status update in advance of sentencing.


**SO ORDERED.**

**Date:  May 26, 2026**
     **New York, NY**                           **VALERIE CAPRONI**
                                          **United States District Judge**