UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA           :

              -against-           :          21-CR-510 (VEC)

                                 :              ORDER

JOSEPH RIVERA,                    :

                Defendant.      :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Rivera's sentencing, which is currently scheduled for Friday, June 26, 2026, is RESCHEDULED to **Thursday, June 25, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Probation must provide the Court with a status update in advance of sentencing.

**SO ORDERED.**

**Date:  June 18, 2026**
       **New York, NY**                   **VALERIE CAPRONI**
                                             **United States District Judge**