UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JOSEPH RIVERA,

Defendant.

--------------------------------------------------------------X

21-CR-510 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Harvey Fishbein, Esq., is re-appointed pursuant to the Criminal Justice Act of 2003 as counsel for Defendant in this matter, Joseph Rivera, *nunc pro tunc* to November 5, 2025.

**SO ORDERED.**

**Date: August 28, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**